**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brady Jerome LINTON, a.k.a. Brady Junior, Defendant–Appellant.**

**No. 15–12335
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 15, 2016.

R. Brian Tanner, James D. Durham, Karl I. Knoche, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Thomas C. Rawlings, McMillan & Rawlings, LLP, Sandersville, GA, for Defendant–Appellant.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Thomas C. Rawlings, appointed counsel for Brady Jerome Linton, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Linton's conviction and sentence are **AFFIRMED.**